

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2018

No. 04-17-00749-CR

Gabriel James **FUENTES,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR5272W
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

The Appellant's Motion for extension of Time is hereby GRANTED. The appellant's brief is due on April 11, 2018. **No Futher Extensions, absent extraordinary circumstances.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court